ORIGINAL    FILED

2005 NOV 30  P 3: 42

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

In re : DUANE TOTTEN                    CIVIL ACTION
                                        No. 3:00 GP 17 (AHN)

NOVEMBER 3, 2005

### REQUEST FOR AUTOMATIC REINSTATEMENT

Whereas, this case was filed as a matter of reciprocal discipline; and

Whereas the Court ordered that Respondant be suspended from the federal bar for the United States District Court for the District of Connecticut for nine (9) months, effective September 22, 2000, with his reinstatement conditioned upon a filing of an affidavit attesting to the fact that he has been reinstated to practice before the Superior Court of the State of Connecticut; and

Whereas, the Respondent was reinstated to practice before the Superior Court of the State of Connecticut effective June 22, 2001; and

Whereas, the Respondent attaches hereto certificates of good standing and an affidavit demonstrating compliance with the provisions of the suspension order.

NOW, THEREFORE, the Respondent requests that the Court enter the order attached hereto automatically reinstating him in accordance with Section 83.2(i)1 of the Local Rules of Civil Procedure.

                                                       Duane Totten, Pro Se
                                                      11 Gray Pine Common
                                                      Avon, CT  06001
                                                     (860) 521-4321

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

In re : DUANE TOTTEN                    CIVIL ACTION
                                        No. 3:00 GP 17 (AHN)

                                        NOVEMBER 3, 2005

**AFFIDAVIT PURSUANT TO D. CONN. L. CIV. R SEC 83.2(i)1**

The undersigned, Duane Totten, being duly sworn, hereby deposes and says:

1. I am over the age of 18 years and understand the obligation of an oath.

2. I completed a Bar approved course in legal ethics in compliance with the Superior Court Order within the nine month suspension period. Because there was no suitable course offered in Connecticut during the suspension period, I took a course presented by the Bar of the State of New York. This course was approved by the Connecticut Statewide Grievance Committee.

2. I was reinstated to practice before the Superior Court for the State of Connecticut by order of Judge John Langanbach effective June 22, 2001.

4. There has been no disciplinary action against me by any court since September 22, 2000.

_____
Duane Totten

Subscribed and sworn to before me this 3rd day of November, 2005.

_____
Notary Public
My commission expires
May 27, 2007

2.

# STATE OF CONNECTICUT
## JUDICIAL BRANCH

www.jud.state.ct.us



**STATEWIDE GRIEVANCE COMMITTEE**

Second Floor - Suite Two

287 Main Street, East Hartford, CT 06118-1885

**Statewide Bar Counsel**

I,    Michael P. Bowler, Acting Statewide Bar Counsel    , do hereby certify, based upon information received from the Clerk's Office of the Superior Court for the Judicial District of Hartford, and from the records received from the local grievance committees and grievance panels, and from the records of the Statewide Grievance Committee that

## *DUANE TOTTEN*

*of*

## *AVON, CT*

is a member in good standing of the Connecticut Bar, and has been admitted to same since August 10, 1965.

*Michael P. Bowler, Acting Statewide Bar Counsel*

*February 24, 2005*

JDBARCERT, NEW 3/03



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Do hereby certify** *that, in the Superior Court at* _____New Haven_____,
*on the* ___tenth___ *, day of* ___August___,
___1965___,

___Duane Totten___

*of*

___Avon, Connecticut___

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that the person named above has been and is still a member in good standing of the Bar of this State.*

**In Testimony Whereof**, *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this* ___twenty-third___ *day of* ___February___, ___2005___.

*Michele T. Angers*

**Michele T. Angers**

*Chief Clerk*

